# WHIPPLE AZZARELLO, LLC

Attorneys at Law

161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
Tel: (973) 267-7300
Fax: (973) 267-0031
whippleazzarellolaw.com

**JOHN C. WHIPPLE**
Certified by the Supreme Court of
New Jersey as a Criminal Trial Attorney

**JOHN A. AZZARELLO**
Admitted in New Jersey
and New York

**JOHN J. FARMER, JR.**
Of Counsel

**AMY VALENTINE McCLELLAND**
Of Counsel

**WILLIAM J. MUÑOZ**
Admitted in New Jersey
and New York

January 28, 2019

## DOCUMENT ELECTRONICALLY FILED

Honorable Leda Dunn Wettre,
United States Magistrate Judge
United States District Court,
District of New Jersey
50 Walnut Street, Room 2A
Newark, New Jersey 07102

    **Re:**    *WCM Alternatives: Event-Driven Fund, et al. v. Perrigo Company plc, et al.,*
                  **Civil Action No. 2:18-cv-16204 (MCA) (LDW)**

Dear Judge Wettre:

    This firm, together with Labaton Sucharow LLP, represents Plaintiffs in the above-referenced matter. We are seeking the pro hac vice admission of five attorneys from Labaton Sucharow LLP on behalf of Plaintiffs. Enclosed are copies of the following in support of this application:

1. Certification of John A. Azzarello;
2. Certification of Serena P. Hallowell;
3. Certification of Corban S. Rhodes;
4. Certification of Eric D. Gottlieb;
5. [Proposed] Order; and
6. Certification of Service

    Counsel for the Defendants has consented to this application. As a result, we have not filed a formal motion. If the certifications meet with your Honor's approval, kindly enter the [Proposed] Order and have the Clerk's office enter it on the docket. Thank you for your time and consideration.

Respectfully submitted,

**WHIPPLE AZZARELLO, LLC**

By:   s/John A. Azzarello
       John A. Azzarello (JA 4363)

JAA:sda
Enclosures
cc:    All Counsel of Record (Via E-Filing)